WILLIAM S. HART et al., Copartners Doing Business under the Name of WILLIAM S. HART COMPANY, Respondents, v. UNITED ARTISTS CORPORATION, Appellant.

Argued April 15, 1940; decided May 21, 1940.

Joseph M. Proskauer, Arthur F. Driscoll, J. Alvin Van Bergh, Edward C. Raftery and Jacob P. Aronson for appellant.

Max D. Steuer, Jesse Hemley and Leonard Hemley for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.